## **STATEMENT OF FACTS**

On April 25, 2005, undersigned officer and a police operative went to Gifts Unlimited located at 1345A 4th Street, NE, Washington, D.C., to purchase counterfeit handbags. Upon arrival at the location, we were met outside the business by a female employee of the business, defendant Enebish Dari, also known as "Emma." Defendant Dari took us into store where we met with a separately charged co-conspirator, Habibulla KAarwan, who was identified as the owner of the business based upon previous purchases from GIFTS UNLIMITED. Once inside the store, your affiant observed one counterfeit Louis Vuitton purse, and other counterfeit Coach, Prada, and Kate Spade purses, containing counterfeit trademarks, for sale. Defendant Dari then helped us pick out couterfeit hand bags and wallets, which we told defendant Dari we planned to resell. Defendant Dari then tole us that they had Gucci and Coach, meaning counterfeit brand scarves for sale. As a result of this and other discussions, I bought from defendants Karwan and Dari ten counterfeit branded hanbags and two similar scarves. All items purchased during this undercover visit were later inspected by a private investigator from Blazer Investigations and found to bear counterfeit marks, that is, spurious marks which are identical with, or substantially indistinguishable from, marks that are registered for those goods on the principal register in the United States Patent and Trademark Office and are in use, pursuant to Title 18, United States Code, Section 2320.

On November 10, 2005, defendant Enebish Dari, AKA "Emma" was positively identified by the affiant, and was placed under arrest.

_____
DETECTIVE LAVINIA QUIGLEY
NARCOTICS SPECIAL INVESTIGATION DIVISION,
METROPOLITAN POLICE DEPARTMENT

Sworn and subscribed before me on
this _____ day of November, 2005.


_____
U.S. MAGISTRATE JUDGE