**No Papers**

Count(s) _____
Charges Filed _____
_____
Misdemeanor _____
Traffic _____

LOCK UP DATE: NOV 11 2005    L-54

PDID _____
DOB _____
CCR _____

☐ CITATION  ☐ BOND  ☐ Collateral $ _____  Page _____

**DEFENSE COUNSEL**    CODE  S C A R   DATE WITHDRAWN
☐ PRO SE
1. D. Stringer 956466  ☐ ☐ ☐ ☐ _____
2. _____  ☐ ☐ ☐ ☐ _____

| | |
|---|---|
| A | PROSECUTOR    CODE    ASSIGNED TO JUDGE |
| B | 1. _____ |
| C | 2. _____    Cal. Number _____ |
| D | ☐ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel.    ☐ LINEUP ORDER FILED |
| E | PLEA: ☐ Not Guilty    ☐ Sworn Statement Filed Rule 5(c) Determination |
| F | Count(s) _____    ☐ Guilty, JUDGMENT Guilty    ☐ Made  ☐ Waived |
| G | CONTINUED DATE    BOND CONDITIONS |
| H | PREL. HEARING    BOND AMOUNT $ NO BOND |
| I | STATUS HEARING    ☐ CASH _____%  ☐ SURETY |
|   | JURY TRIAL    ☐ PERSONAL RECOGNIZANCE |
| PROBATION | NON-JURY    ☐ Third Party Custodian |
| ☐ 163 FILED |     ☐ Contribution Ordered |

☐ Defendant Advised of Penalties for Failure to Appear.

C 11-14-05 @ 1:45pm CRM 4
J/KAY IN U.S. DIST. CT.

Count(s) _____ Nolle Prosequi Prosecutor: _____

COURT REPORTER    TAPE ☐    CLERK        JUDGE/COMM.
       CW           M          JACKSON

☒ NEW COMMITMENT  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐ NOT IN CUSTODY

**Diversion**    DISPOSED    PENDING
Date Admitted
CLOSED | CONT. PAY | ShowCause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated

DATE: _____    **FINAL DISPOSITION ONLY**

_____
_____
_____
_____
_____

Count(s) _____ Nolle Prosequi Prosecutor: _____
COURT REPORTER   TAPE ☐   CLERK _____   JUDGE/COMM. _____

☐ NEW COMMITMENT EXECUTED  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐

All Counts Closed    DISPOSED    Updated By
JACKET MAY GO
TO CLOSED FILES | Updated by | CLOSED | Held G.J. | CONT. PAY | ShowCause | B/W | Others

**SP 3160 '05**

*(Right margin, rotated):* DER, FLORA A  up Nbr: 60  ): 0437137  VS  WRONG NAME  3215

*(Right margin, rotated):* FILED NOV 1 4 2005 NANCY MAYER WHITTINGTON, U.S. DISTRICT COURT

*(Right margin, rotated):* Superior Court of the District of Columbia   CRIMINAL DIVISION   SPECIAL PROCEEDINGS

#54
0.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

United States of America
v.
Defendant's name: Enebish Daci

Cal. # _____
Case No. SP3160-05

Defendant's address _____
Defendant's phone no. _____

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**
**THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF OR UNTIL THEY ARE CHANGED OR AMENDED BY A JUDGE**

| | | |
|---|---|---|
| ☐ | PERSONAL PROMISE | **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings as required by the Court. |
| ☐ $ | | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. |
| ☐ | SUPERVISORY CUSTODY | You hereby agree to be placed in the custody of _____ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone - 585-7077. SIGNATURE OF CUSTODIAN _____ Custodian's name / address / phone no. |
| ☐ | YOU ARE TO STAY | ☐ away from the complaining witness. _____ name ☐ within the D.C. area. |
| ☐ | YOU ARE TO LIVE | ☐ at _____ address _____ phone no ☐ You are to verify your address with D.C. Pretrial Services in Room C-301 within 24 hours. ☐ Curfew is imposed at above address from _____ P.M. to _____ A.M. |
| ☐ | DRUGS | Report to D.C. Pretrial Services Agency, Room C-220, for: ☐ Evaluation and if positive ☐ Program placement by PSA ☐ Placement in court ordered surveillance ☐ Enroll in ☐ Maintain participation at ☐ PSA ☐ ADASA ☐ Other Refrain from illegal drug use. |
| ☐ | YOU ARE TO REPORT TO | ☐ D.C. Pretrial Services Agency ☐ Weekly ☐ Other ☐ By Phone ☐ In Person<br>☐ Probation Officer ☐ Weekly ☐ Other ☐ By Phone ☐ In Person<br>☐ Parole Officer ☐ Weekly ☐ Other ☐ By Phone ☐ In Person |
| ☐ | REVIEW | You are to report to the D.C. Pretrial Services Agency at room C-301 immediately upon release for a review of conditions |
| ☐ | YOU ARE TO | Refrain from committing any criminal offense, the penalties for which are explained on the reverse side of this order. |
| ☒ | OTHER | TOT - USDC |
| ☐ $ | MONEY BOND OF | ☐ **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit *to be returned* when the Court determines you have performed the conditions of your release. You will deposit the in registry of the Court _____ %.<br>☐ **SURETY BOND.** Upon execution of appearance bond with approved surety. |

**NEXT DUE BACK** on 11/14/05 in Courtroom 4 at 1:45 P.M.
If you have any questions about the date, time, or location CALL THE D.C. PRETRIAL SERVICES AGENCY AT 585-7077.

YOUR ATTORNEY _____ address _____ phone no.

DEFENDANT'S SIGNATURE ▶ _____
I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

WITNESSED BY _____ (title or agency) DCPSA

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., ROOM C-301 TELEPHONE NUMBER 585-7077, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

Date 11/14/05        SO ORDERED _____ Signature of Judge

WHITE - COURT JACKET
GREEN - D.C. PRETRIAL SERVICES AGENCY
BLUE - DEFENDANT
YELLOW - DEFENSE ATTORNEY
GOLD - CUSTODIAN
PINK - U.S. ATTORNEY

---
**YOU ARE NOT TO COMMIT ANY CRIMINAL OFFENSE**
ANY REARREST FOR ANY OFFENSE BASED ON PROBABLE CAUSE MAY BE GROUNDS FOR REVOCATION OF THIS ORDER

---

VIOLATIONS OF CONDITIONS: You are further instructed that a warrant for your arrest will be issued immediately upon any violation of a condition of this release. Any violation of these conditions shall subject you to revocation of release; an order of detention, and prosecution for contempt of court (a fine of not more than $1000 or imprisonment not more than 6 months or both).

FAILURE TO APPEAR: For any failure to appear as required before a judge or other judicial officer, you shall be subject to prosecution and subject to the following penalties:

(IF FELONY CHARGE) A fine of not more than $5000 and imprisonment for not less than one year and not more than 5 years.

(IF MISDEMEANOR CHARGE) A fine of not more than the maximum provided for the offense for which you are presently charged and imprisonment for not less than ninety days and not more than one year.

Any failure to appear after conviction of any offense (felony or misdemeanor) while awaiting sentence or pending appeal or *certiorari prior* to commencement of sentence shall subject you to a fine of not more than $5000 and imprisonment for not less than one year and not more than 5 years.

OFFENSES COMMITTED DURING RELEASE: You are further instructed that if you are convicted of an offense committed while released, you shall be subject to the following penalties in addition to any other applicable penalties: imprisonment of not less than one year and not more than 5 years if convicted of committing a felony while released; and imprisonment of not less than 90 days and not more than one year if convicted of committing a misdemeanor while released; such to be consecutive to any other sentence of imprisonment.