UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE UNITED STATES OF AMERICIA

v.                                                      CR.NO. 0608M-01

ENIBISH DARI

### ORDER

Upon consideration of the Defendant's request, unopposed by the United States, for a brief return of her passport for the purpose of renewing it, and the entire record herein, on this ___9th___ day of January 2006, it is hereby,

**Ordered** that the Defendant's passport be returned to her on January 9, 2006 by Pretrial Services and it is,

**Further Ordered** that the defendant return her current passport to Pretrial Services by 4 PM Friday January 13th, 2006.

_____
**DEBORAH A. ROBINSON**
**United States Magistrate Judge**